## STATEMENT OF FACTS

This affidavit is in support of an arrest warrant and is intended to establish probable cause for the arrest of Michael MARX.  This affidavit is not intended to convey all the facts known to law enforcement.  The following facts and circumstances set forth in this affidavit are based on information supplied to your affiant by members of law enforcement and a review of reports and camera footage of the incident.

On May 4, 2026, at approximately 1540 hours, a United States Secret Service (USSS) agent (hereinafter, "Investigator-1") was working in plain clothes in the area of 15th Street and Madison Drive Northwest, Washington, DC. Investigator-1 advised the USSS Joint Operations Center (JOC) that they observed a white male, wearing a grey shirt and black pants (hereinafter, "Suspect-1"), appearing to conceal a firearm on the right side of his body. Investigator-1 requested a response from uniformed USSS Police.

In parallel to these actions, at approximately 1538 hours, the motorcade for the Vice President of the United States of America (VPOTUS), J.D. Vance, was departing the White House enroute to an Off the Record Stop (OTR). The VPOTUS motorcade was passing through the area of 15th Street and Independence Avenue around 1540 hours and arrived at the OTR at approximately 1607 hours.

Based on Investigator-1's request, uniformed USSS police officers responded and observed an individual matching the description of Suspect-1 in the area of 15th Street Southwest and Independence Avenue Southwest.  It should be noted that when officers first arrived, Suspect-1 was walking along the path of VPOTUS' motorcade.  Officers arrived as Suspect-1 walked up to the intersection with a group of civilians.  Officers began to get out of the car as the group of civilians was crossing the street.



*Suspect-1 Approaching Intersection (Red Circle) as Marked USSS Vehicle Approached (Yellow Circle)*



*Civilians Beginning to Run Across the Intersection Act as Officers Emerge from the Marked Vehicle*

Officers gave verbal commands to Suspect-1, who began to run east on Independence Avenue Southwest.



*Suspect-1 Beginning to Run*

As USSS Officers pursued Suspect-1, Suspect-1 reached into his waistband and produced a firearm while running across the street.



*Suspect-1 Running Toward Civilians and Drawing Firearm*

Once Suspect-1 reached the sidewalk, he turned and fired his firearm in the direction of one of the officers while V-1, a civilian witness, was behind the officer.



***Suspect-1 Firing the Firearm in the Direction of an USSS Officer and V-1***

V-1 appeared to begin clutching his leg immediately after Suspect-1 fired. V-1's family, who was present with him at the time of the offense, reported that V-1 had been shot in the leg. V-1 was transported to a local hospital for evaluation and care.



***V-1 Clutching His Leg After Suspect-1 Fired his Firearm***

USSS Officers returned fire at Suspect-1, striking Suspect-1 in the hand, left arm, and upper abdomen.

Suspect-1 collapsed on the east side of the intersection of 15th Street SW and Independence Avenue SW where Officers rendered aid to Suspect-1. Suspect-1 began to spit at Officers while they were providing assistance. Suspect-1 was identified as Michael MARX (⬛⬛⬛⬛⬛⬛⬛) based on his Texas driver's license that was on his person.  Law enforcement also identified other aliases for MARX including Patrick MICHAEL, and Michael ZAVICI. Officers transferred MARX into an ambulance to be transported to The George Washington University Hospital. While in the back of the ambulance, MARX made a statement to the effect of, "F**k the White House" and "Kill me, kill me, kill me."

Investigators from USSS Washington Field Office responded to the scene to collect electronic devices taken from MARX and transported them to the Washington Field Office.  Investigators also recovered a firearm, a Sig Sauer P365 along with 9mm ammunition in the magazine, from the immediate area around MARX.

Law enforcement confirmed that MARX does not have a license to carry a handgun in the District of Columbia.  A criminal history check showed that MARX has a prior conviction punishable by a term of imprisonment exceeding one year.  Specifically, on April 5, 2011, in Miami-Dade County, Florida Case Number: F-09-024754-A, MARX was convicted of Trafficking in Illegal Drugs.  Accordingly, at the time he committed the instant offense, MARX would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the ammunition described above traveled in interstate commerce before it was recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Michael MARX with violation of 18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, Impeding Certain Officers Using a Dangerous Weapon), 18 U.S.C. § 924(c)(1)(A)(iii) (Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During a Crime of Violence),  and 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

_____
Special Agent Justin Korman
United States Secret Service

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on May 6, 2026.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE